1 | Patrick K. Bruso - Bar No. 272109
2 | ALVARADO & ASSOCIATES, LLP
  | 1 Mac Arthur Place, Suite 210
3 | Santa Ana, CA 92707
  | (714) 327-4400, fax (714) 327-4499
4 | 236-57190-2

Attorneys for WELLS FARGO BANK, N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4 ASSET-BACKED PASS-THROUGH CERTIFICATES

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| In re<br>DARIO MENDEZ ARATOMA,<br><br>Debtor(s). | Case No. 12-18381<br><br>(Chapter 7)<br><br>**NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE** |

Notice is hereby given that the Debtor's monthly payment to WELLS FARGO BANK, N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4 ASSET-BACKED PASS-THROUGH CERTIFICATES c/o Carrington Mortgage Services will change to $1,216.26 effective December 1, 2012, as set forth more fully in the letter dated October 3, 2012, which is attached hereto as Exhibit A and incorporated herein by reference.

Dated: October 23, 2012                              ALVARADO & ASSOCIATES, LLP


/s/Patrick K. Bruso
Attorney for WELLS FARGO BANK, N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC4 ASSET-BACKED PASS-THROUGH CERTIFICATES

```
CARRINGTON MORTGAGE SERVICES    -680
1610 E. ST. ANDREW PLACE
SUITE B150
SANTA ANA            CA 92705

949-517-7000



DARIO MENDEZ                              YOUR LOAN NUMBER: ████0366██8
1215 11TH STREET
WASCO               CA 93280-0000

                                          DATE: 10/03/12


     *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   12/12 THROUGH    11/13.
------- ANTICIPATED PAYMENTS FROM ESCROW -   12/12 THROUGH    11/13 -------
            HAZARD INSURANC            793.00
            COUNTY TAX                 809.20

         TOTAL PAYMENTS FROM ESCROW   1602.20

         MONTHLY PAYMENT TO ESCROW     133.51 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    12/12 THROUGH    11/13--------
       -ANTICIPATED PAYMENTS-            -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED       REQUIRED
                   ACTUAL STARTING BALANCE      351.19           530.05
DEC 12   133.51                                 484.70           663.56
JAN 13   133.51                                 618.21           797.07
FEB 13   133.51                                 751.72           930.58
MAR 13   133.51     404.60   COUNTY TAX         480.63           659.49
APR 13   133.51                                 614.14           793.00
MAY 13   133.51     793.00   HAZARD INSUR ALP   -45.35   RLP     133.51
JUN 13   133.51                                  88.16           267.02
JUL 13   133.51                                 221.67           400.53
AUG 13   133.51                                 355.18           534.04
SEP 13   133.51                                 488.69           667.55
OCT 13   133.51                                 622.20           801.06
NOV 13   133.51     404.60   COUNTY TAX         351.11           529.97

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -178.86.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.
```



```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL _INTEREST                           1067.85 *
            ESCROW (1/12TH OF ANNUAL ANTICIPATED           133.51
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG         0.00
            PLUS: SHORTAGE PAYMENT                          14.90
            MINUS: SURPLUS CREDIT                            0.00
            ROUNDING ADJUSTMENT                              0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS               0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/01/12    1216.26
*   IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL _INTEREST
    PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH

    YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      267.02.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE

IS TARGETED TO BE YOUR CUSHION AMOUNT.
YOUR ESCROW CUSHION FOR THIS CYCLE IS        133.51.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
05/12      138.78       06/12      138.78       07/12      693.90     *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/12    404.60  COUNTY TAX              00/00      0.00
00/00      0.00                          00/00      0.00
```

